IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America,
        Plaintiff,

        v.                                        Cr. No. 04-72-01-JD

Evans Manolis,
        Defendant,
   and

Bank of America,
        Garnishee.


              ~~PROPOSED~~ ORDER TO RELEASE FUNDS AND TO
              QUASH WRIT OF CONTINUING GARNISHMENT

    On December 7, 2009, a Writ of Continuing Garnishment and Clerk's Notice of Continuing Garnishment were issued in the above-captioned action by James R. Starr, Clerk, United States District Court.  In accordance with the terms of the Writ of Continuing Garnishment, on December 9, 2009, Evans Manolis' checking account held by Bank of America, Merrimack, New Hampshire, was levied on by the United States of America.  Copies of the Application, Clerk's Notice and Writ of Continuing Garnishment were received by defendant, Evans Manolis, by certified mail, return receipt, on December 11, 2009.

    Pursuant to 28 U.S.C. §3202(d), the defendant has twenty days to request a hearing after receiving the Notice and Writ. Defendant hereby waives his right to a hearing in this matter. Accordingly, it is

ORDERED that funds in the amount of $40.97, plus any deposits or interest from the date of levy until the current date, seized on December 9, 2009, from an account in the name of Evans Manolis, which are in the possession, custody or control of Bank of America, Merrimack, New Hampshire, be released to the United States of America. Said funds should be made payable to Clerk, U.S. District Court and sent to U.S. District Court, 55 Pleasant Street, Room 110, Concord, NH 03301; and

ORDERED that the Writ of Continuing Garnishment issued on December 7, 2009, to Bank of America, is hereby quashed.

IT IS SO ORDERED.

/s/James R. Muirhead
~~U.S. District Court Judge~~
U. S. Magistrate Judge

DATED: December 23, 2009

cc: Michael T. McCormack, AUSA
    Evans Manolis, pro se
    Bank of America